**Order entered December 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01019-CV

## IN THE INTEREST OF S.O., MINOR CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30101-2020**

## ORDER

Before the Court is the State's December 14, 2022 motion for a two-week extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 5, 2023.

/s/ KEN MOLBERG
   JUSTICE